# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RAMONA CHAPPEL,                              :

                              Case No. 3:12-cv-080

             Plaintiff,

                              District Judge Thomas M. Rose
                              Magistrate Judge Michael R. Merz

   -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,
             Defendant.          :

## RECUSAL ORDER

This case is before the Court on Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. Section 2421(d). (Doc. No. 17).  Although this case was adjudicated in the first instance by the undersigned, given the impending retirement of career law clerk Patricia Zimmer, and the consequent removal of the undersigned from referral of Social Security cases generally, the undersigned hereby recuses himself and directs the Clerk to randomly transfer this case to another United States Magistrate Judge resident at Dayton for all further proceedings.

March 12, 2013.

                                                        s/ *Michael R. Merz*
                                                 United States Magistrate Judge