# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RAMONA CHAPPEL, | : | |
| Plaintiff, | : | Case No. 3:12cv0080 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon the parties' Stipulation For Award Of Attorney Fees Under The Equal Access To Justice Act (EAJA), 28 U.S.C. §2412 (Doc. #19). The parties have stipulated to an award of attorney fees, costs, and expenses to Plaintiff in the amount of $2,000.00. Under the parties' Stipulation, any EAJA fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. __, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010).

Accordingly, the Court hereby **ORDERS** that:

1. The parties' Stipulation For Award Of Attorney Fees Under The Equal Access To Justice Act, 28 U.S.C. §2412 (Doc. #19) is accepted, and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses under

    28 U.S.C. §2412 in the total amount of $2,000.00;

2.  Defendant shall verify, **within thirty days of this Decision and Order,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel;

3.  Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act (Doc. # 17) is DENIED as moot; and

4.  The case remains terminated on the docket of this Court.

March 26, 2013                *s/THOMAS M. ROSE

                        Thomas M. Rose
                       United States District Judge